# Exhibit A

# Highlights® Enhanced Masterfile Mailing List

The Highlights® for Children subscriber, buyer and gift giver files have been merged and enhanced with key demographic and lifestyle data. Marketers can now target niche, responsive audiences across the Highlights files for a wide variety of consumer appeals.

[Get Count] [Get Pricing] [Get More Information]

| SEGMENTS | | COUNTS THROUGH 06/30/2021 | |
|---|---|---|---|
| 2,183,693 | TOTAL UNIVERSE / BASE RATE | | $110.00/M |
| 182,745 | 3 MONTH HOTLINE | | + $16.00/M |
| 100,008 | 1 MONTH HOTLINE | | + $20.00/M |
| | FUNDRAISER RATE | | $75.00/M |

| POPULARITY: | ▪▪▪▪▪ 100 |
|---|---|
| MARKET: | CONSUMER |
| CHANNELS: | ✉ |
| SOURCE: | DIRECT MAIL SOLD |
| PRIVACY: | UNKNOWN |
| DMA?: | YES - MEMBER |
| STATUS: | PREFERRED PROVIDER |
| GEO: | USA |
| SPENDING: | $39.96 AVERAGE ORDER |

## DESCRIPTION

For more than 65 years, the Highlights® name has stood for the highest standards of quality in publishing for children. Committed to helping kids become their best selves, the Highlights magazines and continuity puzzle books help set kids on the path to becoming curious, creative and confident individuals.



Now the subscribers and buyers across the Highlights files have been overlaid with Experian's Insource and E-Tech data to identify highly sought after demographic and lifestyle selects.  Files included in the Highlights Enhanced Masterfile:

- Highlights® magazine
- High Five™ magazines
- Hello™
- Hidden Pictures Club™ LET'S PLAY
- Hidden Pictures Club™ EAGLE EYE
- Puzzle Buzz™ boks
- Which Way USA™ kit
- Puzzlemania™ books
- Top Secret Adventures™ kit
- Mathmania™ Books

| SELECTS | |
|---|---|
| 3 MONTH HOTLINE | $16.00/M |
| 6 MONTH HOTLINE | $11.00/M |
| AGE | $17.50/M |
| ETHNIC | $17.50/M |
| GENDER OF CHILD | $12.00/M |
| GENDER/SEX | $12.00/M |
| HEALTH AND FITNESS | $17.50/M |
| HOBBIES/INTERESTS | $17.50/M |
| INCOME | $17.50/M |
| LIFESTYLE ENHANCEMENTS | $17.50/M |
| MOB/PURCHASE BEHAVIOR | $17.50/M |
| MONTHLY HOTLINE | $20.00/M |
| OTHER | $17.50/M |
| PAID | $12.00/M |
| PRESENCE OF CHILDREN / CHILD AGE | $17.50/M |
| RELIGION | $17.50/M |
| SCF | $12.00/M |
| SOURCE | $12.00/M |
| SPORTS AND OUTDOOR | $17.50/M |
| STATE | $12.00/M |
| ZIP | $12.00/M |

## ADDRESSING