UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOVADA BAKER; KARISSA
WILLIAMS; and HEATHER SKELTON
f/k/a HEATHER MCDOUGALL,

      Plaintiffs,                       Case Number 22-cv-11329
                                          HON. BERNARD A. FRIEDMAN

v.

HIGHLIGHTS FOR CHILDREN, INC.,

      Defendant.

_____/

## ORDER OF VOLUNTARY DISMISSAL

On October 31, 2022, Plaintiffs filed a notice of voluntary dismissal of its claims against the defendant. [ECF No. 19]. The defendant has not answered or otherwise responded to the complaint. The Court therefore will dismiss the case. Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, it is **ORDERED** that the case is **DISMISSED** *without prejudice*.


Dated: October 31, 2022            s/Bernard A. Friedman
Detroit, Michigan                 BERNARD A. FRIEDMAN
                                               SENIOR UNITED STATES DISTRICT JUDGE